# Ohio Supreme Court SYLLABI

## NATL. CARBON CO. v. GEORGE.

Ohio Appeals, 8th Dist., Cuyahoga Co.

Dustin, McKeehan, Merrick, Arter & Stewart, Cleveland, for Carbon Co.

Spring & Sayre, Cleveland, for George.

## VICKERY, J.

**CORPORATIONS—Automobiles (50 R)**
(160 N) Corporations employing gateman to control the ingress and egress of automobiles between their property and a public street owe no duty to vehicular traffic upon the street, and no liability is imputable to such corporations when an automobile, after leaving their property, collides with another automobile in the street.

(Sullivan, PJ., and Levine, J., concur.)

For reference to full opinion, see Omnibus Index, last page, this issue.

---

## BRINK v. BERNE.

Ohio Appeals, 1st Dist., Hamilton Co.

John J. Cooney and W. F. Fox, Cincinnati, for Brink.

W. Donald Hall and Irwin S. Rosenbau, Cincinnati, for Berne.

## MILLS, J.

**TRIAL—Error Proceedings (260 A)**
(590 E3i) The force and effect of a book of accounts as evidence, under Section 11495 GC., cannot be determined by the Court of Appeals, where no account book was offered in evidence below.

**PERSONAL PROPERTY—Trial (590 J)**
(420 S) Where there was no proof of exact value of lawyers' directories delivered to defendant, judgment for full amount claimed in bill of particulars, filed by plaintiff in action on account, was erroneous, though the court will infer that they were of some value.

(Hamilton, PJ., and Cushing, J., concur.)

For reference to full opinion, see Omnibus Index, last page, this issue.